IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BILLY DEAN HUTCHINS                                                PETITIONER


v.                                    5:06CV00161 GH-JFF


LARRY NORRIS, Director,
Arkansas Department of
Correction                                                        RESPONDENT

### JUDGMENT

Pursuant to the Proposed Findings and Recommendations filed in this matter,

it is Considered, Ordered, and Adjudged that Petitioner's petition for writ of habeas

corpus is dismissed with prejudice.

IT IS SO ADJUDGED this18th   day of October, 2006.


_____
UNITED STATES DISTRICT JUDGE